IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM SUTTON                                                        PLAINTIFF

V.                    CASE NO. 3:11CV00050 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 27th day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE